448 A.2d 535

COMMONWEALTH of Pennsylvania

v.

Robert COSTIGAN, Petitioner.

Supreme Court of Pennsylvania.

May 4, 1981.

ORDER

PER CURIAM:

Petition granted, judgment of sentence vacated, and record remanded for hearing on petitioner's allegation of ineffective assistance of counsel. See *Commonwealth v. Twiggs*, 460 Pa. 105, 331 A.2d 440 (1975).